UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81516-ROSENBERG/REINHART

JOSE A. HERNANDEZ and
BARBARA HERNANDEZ

    Plaintiffs,
v.

MIGUEL ABREGO-RIQUELME and
JAMES RIVER MANAGEMENT
COMPANY, INC.,

    Defendants.
                              /

## ORDER REMANDING CASE TO STATE COURT

This cause comes before the Court on a *sua sponte* review of Defendant James River Insurance Company's Notice of Removal for subject matter jurisdiction. DE 1; *see Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999) (stating that "a court should inquire into whether it has subject matter jurisdiction at the earliest possible stage in the proceedings" and that "a federal court is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking").

James River Insurance Company relies on diversity jurisdiction as the basis for removing this personal injury and insurance dispute. DE 1. According to the Notice of Removal, Plaintiffs are citizens of Florida and James River Insurance Company is a citizen of Virginia. *Id.* at 3. The Notice of Removal does not address the citizenship of the other Defendant, Miguel Abrego-Riquelme. *See generally id.* "Diversity jurisdiction requires complete diversity; every plaintiff must be diverse from every defendant." *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998). According to the Complaint, Miguel Abrego-Riquelme is a citizen of Florida.

DE 1-2 at 5. James River Insurance Company has not satisfied its burden to show that diversity jurisdiction exists. *See Adventure Outdoors, Inc. v. Bloomberg*, 552 F.3d 1290, 1294 (11th Cir. 2008) (explaining that the removing defendant has the burden to prove that removal is proper and that any doubts should be resolved in favor of a remand to state court). Consequently, the cases must be remanded. *See* 28 U.S.C. § 1447(c) (requiring a case to be remanded if it appears that the district court lacks subject matter jurisdiction).

In addition, James River Insurance Company has not paid the filing fee in this matter. On November 7, 2019, the Clerk's Office instructed James River Insurance Company to either pay the filing fee or file a Motion for Leave to Proceed In Forma Pauperis within 24 hours. DE 5. James River Insurance Company has not responded.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **REMANDED** to the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida.

2. The Clerk of Court is instructed to **CLOSE THIS CASE** and **TERMINATE ALL PENDING DEADLINES**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of November, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record